450 A.2d 1060

Commonwealth v. James, Appellant.

Petition for Allowance of Appeal
Denied Dec. 6, 1982.

Submitted December 15, 1981. Allan M. Tabas, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and WATKINS, JJ.

Judgment of sentence dated March 9, 1981 is affirmed.